**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**CASE CLOSED**

| | |
|---|---|
| PETER J. CUCCIONILLI, | Civil Case Number: 2:17-CV-05362 (MCA)(MAH) |
| Plaintiff, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CREDIT COLLECTION SERVICES, and JOHN DOES 1-25. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against CREDIT COLLECTION SERVICES. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: March 19, 2018

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

3-23 18

SO ORDERED

Madeline Cox Arleo, U.S.D.J.